

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| ROBERT G. HOULE, | § | No. 08-16-00234-CV |
| Appellant, | § | Appeal from |
| v. | § | County Court at Law No. 5 |
| CAPITAL ONE BANK (USA), N.A., | § | of El Paso County, Texas |
| Appellee. | § | (TC # 2015-CCV01442) |
|  | § |  |

## **J U D G M E N T**

We withdraw our Judgment of September 28, 2018, and substitute this Judgment its place.

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF DECEMBER, 2018.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.